UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT WILLEY, on behalf of himself individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

NICE-PAK PRODUCTS, INC. and PROFESSIONAL DISPOSABLES INTERNATIONAL, INC.,

    Defendants.

---

Case No. 7:23-CV-08540-CS

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Robyn M. Feldstein of the law firm Baker & Hostetler LLP hereby enters her appearance on behalf of defendant Nice-Pak Products, Inc. and Professional Disposables International, Inc., in the above-captioned action. All notices given or required to be given in this case, and all papers filed in this case, shall be served upon the undersigned.

Dated: New York, New York
      October 26, 2023

Respectfully submitted,

BAKER & HOSTETLER LLP

By:   */s/* Robyn M. Feldstein
     Robyn M. Feldstein
     rfeldstein@bakerlaw.com
     45 Rockefeller Plaza
     New York, NY  10111
     Telephone:  212.589.4200
     Facsimile:  212.589.4201

*Attorney for Nice-Pak Products, Inc. and Professional Disposables International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF APPEARANCE** has been electronically filed with the Court today, causing notice of the same to be served on all counsel of record by operation of the ECF system.

/s/ *Robyn M. Feldstein*
*Counsel for Defendant*