UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT WILLEY, on behalf of himself individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NICE-PAK PRODUCTS, INC. and PROFESSIONAL DISPOSABLES INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 7:23-cv-08540-CS |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Robert Willey pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Nice-Pak Products, Inc. and Professional Disposables International, Inc. without prejudice.

Dated: December 5, 2023                     Respectfully submitted,

/s/ Vicki J. Maniatis
Vicki J. Maniatis, Esq.
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Phone: (865) 412-2700
vmaniatis@milberg.com

*Attorney For Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 5, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/   Vicki J. Maniatis*
Vicki J. Maniatis, Esq.
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Phone: (865) 412-2700
vmaniatis@milberg.com

*Attorney For Plaintiff*